IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**CHANGE OF PLEA IN SAVANNAH DIVISION CRIMINAL CASE NO. CR408-89-1 AT SAVANNAH, GEORGIA.**

WITH THE CONSENT OF THE COURT:

THE DEFENDANT, AHMAD RASHAAD FERGUSON, HAVING PREVIOUSLY ENTERED A PLEA OF NOT GUILTY, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF GUILTY TO COUNT(S) ___1___ IN THE INDICTMENT.

THIS __6th__ DAY OF AUGUST, 2008.

_____
DEFENDANT

_____
COUNSEL FOR THE DEFENDANT
Christopher L. Ray

NOLLE PROSSE COUNT(S) _____ AT SENTENCING.